# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3069

_____

Hilda L. Solis, Secretary of Labor,     *
United States Department of Labor,    *
                                     *
         Appellee,               *
                                      *   Appeal from the United States
      v.                      *   District Court for the Southern
                                      *   District of Iowa.
Hill Country Farms, Inc., doing      *
business as Henry's Turkey Services;  *   [UNPUBLISHED]
Kenneth Henry, individually,       *
                                      *
         Appellants,          *

_____

Submitted: May 4, 2012
Filed: May 14, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this action brought by the Secretary of the United States Department of Labor for violations of the Fair Labor Standards Act, defendants Hill Country Farms, d/b/a Henry's Turkey Services, and Kenneth Henry, individually, appeal the district court's[1] adverse grant of partial summary judgment and the court's final judgment.

_____

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.

Having carefully reviewed the record and the parties' arguments on appeal, we agree with the district court's thorough and well-reasoned summary judgment analysis, see Chao v. Barbeque Ventures, LLC, 547 F.3d 938, 941 (8th Cir. 2008) (de novo review of summary judgment decision); Walsh v. United States, 31 F.3d 696, 698 (8th Cir. 1994) (where unresolved issues are primarily legal rather than factual, summary judgment is particularly appropriate), and we find no basis for reversing the judgment. Accordingly, we affirm. See 8th Cir. R. 47B.

_____